IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WILLIAM A. YUREK** | **:** | **CIVIL ACTION NO. 1:13-cv-1571** |
| | **:** | |
| **Plaintiff** | **:** | **(Judge Kane)** |
| | **:** | **(Magistrate Judge Cohn)** |
| **v.** | **:** | |
| | **:** | |
| **CAROLYN W. COLVIN,** | **:** | |
| **Acting Commissioner of** | **:** | |
| **Social Security** | **:** | |
| | **:** | |
| **Defendant** | **:** | |

**O R D E R**

Before the Court in the above captioned action is a July 29, 2014 Report and Recommendation of the Magistrate Judge.  No objections have been filed to the Report and Recommendation.

Accordingly, this 18th day of August, 2014, upon review of the record and the applicable law,  **IT IS HEREBY ORDERED THAT:**

1)  The Court adopts the Report and Recommendation of Magistrate Judge Cohn.

2)   The final decision of the Commissioner of Social Security denying Plaintiff's Title XVI application for Supplemental Security Income is **REMANDED** to the Commissioner for further proceedings consistent with the Report and Recommendation.

3) The Clerk of Court shall **CLOSE** the case.

s/ Yvette Kane
YVETTE KANE, District Judge
United States District Court